# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

ROBERT PHELPS,

        Petitioner,    :    Case No. 2:23-cv-1697

  - vs -                      District Judge Edmund A. Sargus, Jr.
                                   Magistrate Judge Michael R. Merz

WARDEN, Grafton Correctional
  Institution,

                                  :
        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above-captioned case is hereby transferred from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

February 20, 2024.

                                                  s/ *Michael R. Merz*
                                         United States Magistrate Judge